Argued and submitted March 13, affirmed April 22, 1992

TIMOTHY ALLEN GILL,
*Appellant,*

*v.*

Carl ZENON,
*Respondent.*

(91-C-10894; CA A71784)

828 P2d 1062

Jay Edwards, Salem, argued the cause and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Affirmed. *Bartz v. State of Oregon,* 110 Or App 614, 825 P2d 657 (1992); *Boone v. Wright,* 110 Or App 281, 822 P2d 719 (1991).